1  **JAMES R. GREINER, ESQ.**
   CALIFORNIA STATE BAR NUMBER 123357
2  **LAW OFFICES OF JAMES R. GREINER**
   555 UNIVERSITY AVENUE, SUITE 290
3  SACRAMENTO, CALIFORNIA 95825
   TELEPHONE: (916) 649-2006
4  FAX: (916) 920-7951

5  ATTORNEY FOR DEFENDANT
   JASON SIEGFRIED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 12–MJ----00125–GGH |
|---|---|---|
| PLAINTIFF, | ) | NOTICE TO THE GOVERNMENT TO PRESERVE ALL ROUGH NOTES MADE, TAKEN AND/OR WRITTEN BY ANY FEDERAL AGENT IN THIS CASE, AND TO PRESERVE ANY ROUGH NOTES MADE, TAKEN AND/OR WRITTEN BY ANY PERSON ACTING AS AN AGENT OF ANY FEDERAL AGENT IN THIS CASE |
| v. | ) | |
| JASON SIEGFRIED, et al., | ) | |
| DEFENDANTS. | ) | |

In open Court on May 16, 2012, defendant, Jason Siegfried, through his attorney, James, R. Greiner, put on the record requesting the government to preserve the rough notes of the Federal Agencies involved in the investigation of this case. This information came from the criminal complaint filed on May 14, 2012 (See Docket number 1). The agencies set forth on the record on May 16, 2012, were: DEA, IRS, San Joaquin County Task Force (METRO), Contra Costa County Sheriff and Tracy Police Department.

Defendant, Jason Siegfried, in addition to those agencies, has now learned that the investigation in this case consisted of more than the names of the Federal Agencies placed on the record on May 16, 2012. The purpose of this Notice, is to supplement that notice requesting the government preserve all agents rough notes in this case, as

1

they may be either Brady and/or Giglio material.. The request now also includes the following agencies:

> California Highway Patrol,
> Antioch Police Department,
> Alcohol, Tobacco, Firearms and Explosives,
> Central Valley HIDTA,
> El Dorado County Sheriff's Office,
> Federal Bureau of Investigation-Evidence Response Team,
> Homeland Security Investigations,
> Manteca Police Department,
> Placer County Special Investigations Unit,
> San Joaquin County Sheriff's Office,
> San Leandro Police Department,
> Stanislaus County Sheriff's Office,
> Stanislaus Drug Enforcement Agency,
> United States Marshals Service,
> United States Postal Inspection Service,
> West El Dorado County Narcotics Enforcement Team.

On May 16, 2012, all the defendants appearing in the second group of defendants along with defendant Jason Siegfried, joined in the request, so this amended notice is done on behalf of all of those defendants who joined in this notice on May 16, 2012, specially the following defendants:

2

Brock Enrico, Todd Becerra, Steven Adgate, Justin McMillian, Frederick Laurens, and Joseph Mirante.

DATED: May 22, 2012　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　LAW OFFICES OF JAMES R. GREINER


　　　　　　　　　　　　　　　　　　　/s/ JAMES R. GREINER
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JAMES R. GREINER
　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　JASON SIEGFRIED