1  **JAMES R. GREINER, ESQ.**
   CALIFORNIA STATE BAR NUMBER 123357
2  **LAW OFFICES OF JAMES R. GREINER**
   555 UNIVERSITY AVENUE, SUITE 290
3  SACRAMENTO, CALIFORNIA 95825
   TELEPHONE: (916) 649-2006
4  FAX: (916) 920-7951
   E MAIL: jaygreiner@midtown.net
5
   ATTORNEY FOR DEFENDANT
6  JASON SIEGFRIED

7              IN THE UNITED STATES DISTRICT COURT FOR THE

8                    EASTERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,          )   2:12–CR-00198—MCE
10                                     )
          PLAINTIFF,                   )
11                                     )   STIPULATION AND
                                       )   ORDER TO MODIFY APPEAL
          v.                           )   SCHEDULE AND HEARING DATE
12                                     )
   STEVEN ORTEGA, SR.,                 )
13 et al.,                             )
                                       )
14                                     )
          DEFENDANTS.                  )
15                                     )
                                       )
16                                     )
   _____)
17

18      The parties to this appeal, the United States of America, represented by

19 Assistant United States Attorney, Mr. Michael D. Anderson and the defendant, JASON

20 SIEGFRIED, represented by his counsel, Mr. James R. Greiner, hereby agree and

21 stipulate that the Appeal briefing schedule can be modified as follows and that the

22 present hearing date for the Appeal of Thursday, February 14, 2013, can be vacated

23 and re-set to Thursday, September 5, 2013, at 9:00 a.m., or as soon thereafter as the

24 matter might be heard by this Court and that the following modified briefing schedule is

25 agreed to by the parties and presented to this Court for its approval:

26

27

28
                                      1

| | | |
|---|---|---|
| 1 | Opening brief by Appellant due on or before | June 27, 2013 |
| 2 | Opposition brief by Appellee due on or before | August 1, 2013 |
| 3 | Reply brief by Appellant due on or before | August 15, 2013 |
| 4 | Hearing on Appeal | September 5, 2013 |

The parties agree and stipulate that time under the Speedy Trial Act to February 14, 2013, has already been made by this Court pursuant to the Stipulation and Order at docket # 293, dated September 26, 2012, and that Order and factual findings is incorporated herein and adopted in full by the parties and the parties agree and stipulate that from February 14, 2013, to and including September 5, 2013, time under the Speedy Trial Act can be excluded pursuant to Title 18 U.S.C. section 3161(h)(1)(d) (pending motion before the court, Local Code E) to the pending motion and resulting appeal of that motion to the District Court brought on behalf of defendant Jason Siegfried and pursuant to Title 18 U.S.C. section 3161(h)(7)(A), 3161(h)(7)(B)(ii) which corresponds to Local Code T-2 (complex) and 3161(h)(7)(B)(iv) which corresponds to Local Code T-4 (attorney preparation time), in that the ends of justice served by continuing the case from Thursday, February 14, 2013 to and including, Thursday, September 5, 2013, outweigh the best interest of the public and the defendant in a speedy trial based upon the facts of this case:

    1- the case is so unusual or so complex due to the number of defendants, to date being thirty-one (31); the nature of the prosecution dealing with at least six (6) Title III wire intercepts with the relevant discovery going along with each wire intercept with the potential existence of novel questions of law, and all of the search warrants executed in this case and

    2- with this case taken as a whole based on the amount of discovery produced from the government regarding at least six (6) Title III wire intercepts with the relevant discovery going along with each wire

intercept; the reports in the case; and all of the search warrants that were executed in this case, counsel needs time necessary for effective preparation taking into account the exercise of due diligence.

Respectfully submitted
BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

DATED: 12-5-12      /s/ Michael D. Anderson by e mail authorization
_____
Michael D. Anderson
ASSISTANT UNITED STATES ATTORNEY
ATTORNEY FOR THE PLAINTIFF

DATED: 12-5-12      /s/ James R. Greiner
_____
James R. Greiner
Attorney for Defendant
20- Jason Siegfried

# ORDER

The Court having read and considered the parties agreements and stipulations and the record in this case, hereby makes the following findings and Order:

Time has been excluded under the Speedy Trial Act to February 14, 2013, by this Court pursuant to the Stipulation and Order at docket # 293, dated September 26, 2012, and that Order and factual findings is incorporated herein and adopted in full;

The Court finds that from February 14, 2013, to and including September 5, 2013, time under the Speedy Trial Act can be and is excluded pursuant to Title 18 U.S.C. section 3161(h)(1)(d) (pending motion before the court, Local Code E) to the pending motion and resulting appeal of that motion to the District Court brought on behalf of defendant Jason Siegfried and pursuant to Title 18 U.S.C. section 3161(h)(7)(A), 3161(h)(7)(B)(ii) which corresponds to Local Code T-2 (complex) and 3161(h)(7)(B)(iv) which corresponds to Local Code T-4 (attorney preparation time), in that the ends of justice served by continuing the case from Thursday, February 14, 2013 to and including Thursday, September 5, 2013, outweigh the best interest of the public and the defendant in a speedy trial based upon the facts of this case:

    1- the case is so unusual or so complex due to the number of defendants, to date being thirty-one (31); the nature of the prosecution dealing with at least six (6) Title III wire intercepts with the relevant discovery going along with each wire intercept with the potential existence of novel questions of law, and all of the search warrants executed in this case

and

    2- with this case taken as a whole based on the amount of discovery produced from the government regarding at least six (6) Title III wire intercepts with the relevant discovery going along with each wire intercept; the reports in the case; and all of the search warrants that were executed in this case, counsel needs time necessary for effective

preparation taking into account the exercise of due diligence.

The Court adopts the parties agreements and stipulations to modify the Appeal briefing schedule and hearing date as follows:

| | |
|---|---|
| Opening brief by Appellant due on or before | June 27, 2013 |
| Opposition brief by Appellee due on or before | August 1, 2013 |
| Reply brief by Appellant due on or before | August 15, 2013 |
| Hearing on Appeal | September 5, 2013 |

The current Hearing date of the Appeal of February 14, 2013, is hereby vacated and reset for September 5, 2013, at 9 a.m.

**IT IS SO ORDERED.**

Dated: December 6, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE