BENJAMIN B. WAGNER
United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-S-00198 MCE |
|---|---|
| Plaintiff, | STIPULATION FOR EXTENSION OF TIME FOR HEARING ON DEFENDANT SIEGFRIED'S DISCOVERY MOTION AND [PROPOSED] ORDER |
| v. | |
| STEVEN ORTEGA Sr. et al., | DATE: September 10, 2015 |
| Defendants. | TIME: 2:00 p.m. |
| | COURT: Hon. Carolyn C. Delaney |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney ROGER YANG, and defendant JASON SIEGFRIED, both individually and by and through his counsel of record, JAMES R. GREINER, hereby stipulate as follows:

1. The defendant filed a motion for discovery on August 27, 2015.

2. By this stipulation, the parties jointly move for an extension of time of the discovery hearing date to September 17, 2015, at 2:00 p.m., before the duty Magistrate Judge.

3. The government requests additional time to identify documents responsive to the requests and to address each request presented by the defendant. The defendant has agreed to the one-week continuance of the hearing and briefing schedule. The parties additionally stipulate that the delay is required to allow the parties reasonable time to confer and resolve issues concerning a large amount of discovery.

4. The government's response should be filed by September 10, 2015, and any reply brief

would be due on September 15, 2015.

    5.    The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

IT IS SO STIPULATED.

Dated: September 2, 2015          BENJAMIN B. WAGNER
United States Attorney

/s/ ROGER YANG
ROGER YANG
Assistant United States Attorney

Dated: September 2, 2015          /s/ JAMES R. GREINER
JAMES R. GREINER
Counsel for Defendant
JASON SIEGFRIED

**ORDER**

IT IS SO ORDERED

Dated: September 3, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE