JAMES R. GREINER, ESQ.
CALIFORNIA STATE BAR NUMBER 123357
LAW OFFICES OF JAMES R. GREINER
1024 IRON POINT ROAD
FOLSOM, CALIFORNIA 95630
TELEPHONE: (916) 357-6701
FAX: (916) 920-7951
E mail: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
JASON SIEGFRIED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.NO.S-12-198--MCE |
| ) | |
| PLAINTIFF, ) | STIPULATION AND ORDER |
| ) | CONTINUING JUDGMENT AND |
| v. ) | SENTENCING |
| ) | |
| JASON SIEGFRIED, et al., ) | |
| ) | |
| DEFENDANTS. ) | |
| ) | |

With the Court's permission, plaintiff United States of America, represented by Assistant United States Attorneys. Richard J. Bender and defendant Jason Siegfried, represented by his attorney James

STIPULATION TO CONTINUE JUDGMENT AND SENTENCING DATE TO SEPTEMBER 29, 2016 AND MODIFY THE SCHEDULE OF PSR DATES - 1

R. Greiner, hereby stipulate that the date for Judgment and Sentencing, now set for Thursday, September 8, 2016 at 10:00 a.m. be continued to Thursday, September 29, 2016 at 10:00 a.m. and that the following schedule for disclosure of the Pre-Sentence Report and the filing of objections be adopted:

| | |
|---|---|
| Judgment and Sentence | September 29, 2016 |
| Reply or Statement of Non-Opposition | September 22, 2016 |
| Motion for Correction of the Pre-Sentence Report shall be Filed with the court and served On the Probation Officer and Opposing Counsel | September 15, 2016 |
| Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel | September 8, 2016 |
| Counsel's Written Objections to The Pre-Sentence Report Shall Be Delivered to the Probation Officer and Opposing Counsel | September 1, 2016 |

Probation is in agreement and has no objection.

///
///
///

IT IS SO STIPULATED.

                          PHILLIP A. TALBERT
                          ACTING UNITED STATES ATTORNEY

DATED: 8-10-16    /s/ Richard J. Bender
                          _____
                          Richard J. Bender
                          ASSISTANT UNITED STATES ATTORNEY

DATED: 8-10-16    /s/ James R. Greiner
                          _____
                          James R. Greiner
                          Attorney for Defendant
                          20- Jason Siegfried


**IT IS SO ORDERED.**

Dated: August 16, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE