1  PHILLIP A. TALBERT
   United States Attorney
2  RICHARD BENDER
   ROGER YANG
3  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
4  501 I Street, Suite 10-100
   Sacramento, CA  95814
5  Telephone:  (916) 554-2700

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            2:12-CR-00198-MCE

12            Plaintiff,

13       v.                              FINAL ORDER OF FORFEITURE

14  JASON SIEGFRIED,

15            Defendant.

16

17       WHEREAS, on May 13, 2016, this Court entered a Preliminary Order of Forfeiture pursuant

18  to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement entered into between plaintiff

19  and defendant Jason Siegfried forfeiting to the United States the following property:

20            a.      Glock, Model 23, .40 caliber handgun, serial number GDZ776.

21       AND WHEREAS, beginning on May 14, 2016, for at least 30 consecutive days, the United

22  States published notice of the Court's Order of Forfeiture on the official internet government

23  forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to

24  petition the Court within sixty (60) days from the first day of publication of the notice for a hearing

25  to adjudicate the validity of their alleged legal interest in the forfeited property.

26       AND WHEREAS, no third party has filed a claim to the subject property and the time for

27  any person or entity to file a claim has expired.

28       Accordingly, it is hereby ORDERED and ADJUDGED:

                                              1

1.      A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed assets, pursuant to 21 U.S.C. § 853(a), to be disposed of according to law, including all right, title, and interest of Jason Siegfried.

2.      All right, title, and interest in the above-listed assets shall vest solely in the name of the United States of America.

3.      The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:  December 2, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Final Order of Forfeiture